**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | | |
|---|---|---|
| GUTHRIE GROH and MICHAEL GROH, | : | |
| Plaintiffs, | : | |
| v. | : | CASE NO.: 7:25-CV-190 (WLS) |
| UNIVERSAL PROPERTY & CASUALTY INSURANCE COMPANY, | : | |
| Defendant. | : | |

**ORDER**

The Court received notice from the Parties that they have reached a settlement agreement in the above-captioned action. (Doc. 14).

To ensure the timely and orderly disposition of this case, the Parties are **ORDERED** to file the necessary dismissal documents in writing no later than **Monday, August 10, 2026**, or otherwise file, by that date, a written update as to the status of the final settlement documents and a motion requesting additional time for good cause.

**SO ORDERED**, this 31st day of July 2026.

**/s/ W. Louis Sands**
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**