**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | | |
|---|---|---|
| GUTHRIE GROH and MICHAEL GROH, | : | |
| Plaintiff, | : | |
| v. | : | CASE NO.: 7:25-CV-00190-WLS |
| UNIVERSAL PROPERTY & CASUALTY INSURANCE COMPANY | : | |
| Defendant. | : | |

**ORDER**

Plaintiffs previously filed their notice of settlement on July 30, 2026. (Doc. 14.) The following day, the Court ordered the parties to file by August 10, 2026, either the necessary dismissal documents, or a written update as to the status of the final settlement documents and a motion showing good cause why additional time is required. (Doc. 15.) The August 10 deadline is now long past and the parties have not filed any such documents to date.

The parties are therefore **ORDERED** to file within **fourteen days** of this order either the necessary dismissal documents, or a written update as to the status of the settlement and a motion showing good cause why additional time is required. If the parties again fail to comply with this Order, the Court may issue an order to show cause why counsel should not be sanctioned for failure to comply with a court order.

**SO ORDERED**, this 11th day of September, 2026

**/s/ W. Louis Sands**
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**