**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

GUTHRIE H. GROH AND MICHAEL D GROH,

Plaintiffs,

vs.

UNIVERSAL PROPERTY & CASUALTY INSURANCE COMPANY,

Defendant.

Case No. 7:25-cv-00190-WLS

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

Plaintiff, GUTHRIE H. GROH AND MICHAEL D GROH ("Plaintiff"), and Defendant, UNIVERSAL PROPERTY & CASUALTY INSURANCE COMPANY, ("Defendant"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), by and through their respective counsel of record, hereby stipulate and agree that this action, including all claims, cross-claims, and counterclaims asserted herein, is dismissed in its entirety with prejudice. Each party shall bear its own attorneys' fees, expert fees, and legal costs incurred in connection with this action.

By: [signature]
Vanessa Ross Caledonia, Esquire
Georgia Bar No. 708987
vross@rosslegalfl.com
eservice@rosslegalfl.com
Ross Legal Group PA
2501 S. Tamiami Trail
Sarasota, FL 34239
Telephone: (941) 275-1998
Attorney for Plaintiffs

By: */s/ Robert H. Betts*
Robert H. Betts, Esquire
Georgia Bar No. 943255
bettsr@deflaw.com
DREW, ECKL & FARNHAM, LLP
303 Peachtree Street
Suite 3500
Atlanta, GA 30308
(404) 885-1400
Attorney for Defendant

**SO ORDERED this 25th day of September, 2026**

[signature]
**W. Louis Sands, SR. Judge
United States District Court**