IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| GUTHRIE GROH, et al., | * | |
| Plaintiffs, | * | |
| v. | | Case No. 7:25-cv-190 (WLS) |
| | * | |
| UNIVERSAL PROPERTY & CASUALTY INSURANCE COMPANY, | * | |
| Defendant. | * | |

**J U D G M E N T**

Pursuant to this Court's Order dated September 25, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 28th day of September, 2026.

David W. Bunt, Clerk

s/ Katie Logsdon, Deputy Clerk